1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5          160 Spear Street, Suite 800
           San Francisco, California 94105
6          Telephone: (415) 977-8985
7          Facsimile: (415) 744-0134
           E-Mail: Michael.Marriott@ssa.gov
8
9   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SILEY DE WILLIAMS, | ) Civil No. 2:18-cv-02750-EFB |
| | ) |
| Plaintiff, | ) **STIPULATION AND** ~~**PROPOSED**~~ **ORDER** |
| | ) **FOR A FIRST EXTENSION OF TIME** |
| v. | ) **FOR DEFENDANT TO FILE HER** |
| | ) **MOTION FOR SUMMARY JUDGMENT** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her MSJ. Defendant respectfully requests this extension because of an extremely heavy workload, including ten different district court merits briefs due within the next month, as well as two Ninth Circuit cases at the responsive brief stage.

Stip. to Extend Def.'s MSJ

1

1 | The new due date for Defendant's Motion for Summary Judgment will be Wednesday, June 12, 2019.

Respectfully submitted,

Date: *May 14, 2019*  CERNEY KREUZE & LOTT, LLP

By: */s/ Shellie Lott\**
SHELLIE LOTT
*\* By email authorization on May 14, 2019*
Attorney for Plaintiff

Date: *May 14, 2019*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: May 16, 2019.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ