MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SILEY DE WILLIAMS, | Civil No. 2:18-cv-02750-EFB |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her MSJ. Defendant respectfully requests this extension because of an extremely heavy workload as result of heightened case receipts this spring, leading to an excess of twelve district court merits briefs due each month. In addition, this record is lengthy at over 1,000 pages, and this additional time will permit the undersigned to properly evaluate the issues Plaintiff raised.

1

1 | The new due date for Defendant's Motion for Summary Judgment will be Friday, July
2 | 12, 2019.

Date: *June 12, 2019*                          Respectfully submitted,

                                               CERNEY KREUZE & LOTT, LLP

                                    By:   */s/ Shellie Lott\**
                                          SHELLIE LOTT
                                          *\* By email authorization on June 12, 2019*
                                          Attorney for Plaintiff

Date: *June 12, 2019*                          MCGREGOR W. SCOTT
                                               United States Attorney

                                    By:   */s/ Michael K. Marriott*
                                          MICHAEL K. MARRIOTT
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: June 18, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2