McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SILEY DE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:18-cv-02750-EFB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 10 days to file her MSJ. Upon review of the record and Plaintiff's MSJ, the undersigned believes that this case may warrant voluntary remand in lieu of further litigation. Consequently, the undersigned respectfully requests this additional time to attempt to obtain remand authority.

1

1    The new due date for Defendant's Motion for Summary Judgment or remand stipulation
2    will be Monday, July 22, 2019.

Date: *July 12, 2019*               Respectfully submitted,

                                    CERNEY KREUZE & LOTT, LLP

                            By:     */s/ Shellie Lott\**
                                    SHELLIE LOTT
                                    *\* By email authorization on July 12, 2019*
                                    Attorney for Plaintiff


Date: *July 12, 2019*               McGREGOR W. SCOTT
                                    United States Attorney

                            By:     */s/ Michael K. Marriott*
                                    MICHAEL K. MARRIOTT
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration


                                    <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: July 15, 2019.
                                    _____
                                    HONORABLE EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE


Stip. to Extend Def.'s MSJ

2