SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| SILEY DE WILLIAMS,<br><br>         Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>         Defendant | Case No.: 2:18-cv-02750-EFB<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of FOUR-THOUSAND NINE-HUNDRED dollars ($4,900.00), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: June 5, 2020

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE